Opinion issued September 6, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00518-CV






IN RE ACE TRANSPORTATION, INC., CLIFTON HYPOLITE, JR., AND
EUGENE J. BENJAMIN, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 On June 25, 2007, by petition for writ of mandamus, relators, Ace
Transportation, Inc., Clifton Hypolite, Jr., and Eugene J. Benjamin, challenged the
trial court's (1) May 11, 2007 order denying their pleas to the jurisdiction and pleas in
abatement.

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Chief Justice Radack and Justices Keyes and Higley.

 

1. 
 -